UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CRUZ VARGAS, | : | CIVIL ACTION NO. 4:CV-11-1442 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| DAVID A. VARANO, et al., | : | |
| Defendants | : | |

**FILED SCRANTON**
MAR - 7 2014
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 10th DAY OF MARCH, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The pending motions to dismiss, (Docs. 176, 178, 180), are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

_____
**United States District Judge**